DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ROGER TOPALIAN,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D16-4115

[April 19, 2018]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Ernest A. Kollra, Judge; L.T. Case No. 14-007754-CF-10A.

Michael B. Cohen of Michael B. Cohen, P.A., Fort Lauderdale, for appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, and Richard Valuntas, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, CONNER and FORST, JJ., concur.

\*   \*   \*

***Not final until disposition of timely filed motion for rehearing.***